**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

### No. 21-6517

DMITRY PRONIN,

    Plaintiff - Appellant,

  v.

SHERIFF J. AL CANNON, JR.; M. MARSILLO; T. M. EVANS; THEODOLPH JACOBS; SHAUNESSY; LATTIMORE; J. KATHIE BOWEN; GERALD MATTHEW AUERBACH; TERRY JACKSON; MAZATTI,

    Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. David C. Norton, District Judge. (5:19-cv-00594-DCN)

Submitted: December 17, 2021       Decided: January 5, 2022

Before GREGORY, Chief Judge, MOTZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Dmitry Pronin, Appellant Pro Se. Elloree Ann Ganes, HOOD LAW FIRM, Charleston, South Carolina; Stephen Lynwood Brown, Russell Grainger Hines, CLEMENT RIVERS, LLP, Charleston, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dimitry Pronin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Pronin's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Pronin v. Cannon*, No. 5:19-cv-00594-DCN (D.S.C. Mar. 15, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*